CLAUDE NOLAN MOTOR COMPANY *v.* COWART.

GILBERT, J. 1. The single special ground of the motion for a new trial complains that the court erred in admitting, over timely objection, a document called "double guarantee," shown in the statement of the case following. Under the pleadings and the evidence this ground does not show error.

2. The verdict is supported by evidence.

*Judgment affirmed. All the Justices concur.*

No. 9067. JULY 15, 1932.

*Hester & Lewis,* for plaintiff in error.
*Frederick A. Tuten,* contra.